# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re | ) | JUDGE RICHARD L. SPEER |
| | ) | |
| Antonia Siller | ) | Case No. 06-33736 -7 |
| | ) | |
| Debtor(s) | ) | |

## ORDER

This matter comes before the Court after Hearing on Debtor's Objection to Motion for Relief from Stay and Abandonment by Argent Mortgage Co. *(Property located at: 17582 County Road J, Wauseon, OH 43567).* Present at the Hearing was Robert Scott, Attorney appearing on behalf of Holly N. Wolf, Attorney for Argent Mortgage Co. No appearance was made by the Debtor.

For good cause shown, it is

**ORDERED** that the Debtor's Objection be, and is hereby, **overruled.**

It is **FURTHER ORDERED** that the Motion is hereby **granted** and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns.

It is **FURTHER ORDERED** that the Trustee is authorized and directed to abandon such Collateral.

Dated: FEB 1 3 2007

/S/ RICHARD L. SPEER
_____
**RICHARD L. SPEER**
**United States Bankruptcy Judge**